UNTED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
2010 DEC -7  P 2: 31
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| **DIGITAL CONTENT, INC.** <br> **A WYOMING CORPORATION** | * | |
| **Plaintiff,** | * | |
| v. | * | C.A. NO.: 1:10CV1387 |
| DOES 1 – 55 | * | JURY DEMAND |
| **Defendants.** | * | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1(A) for the District Court of Maryland and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, DIGITAL CONTENT, INC., Plaintiff in the above captioned action, certifies that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

DIGITAL CONTENT, INC.

**DATED: December 7, 2010**

By: *[signature]*

Charles C. Maddox, Esquire #40365

*[signature]*

Jon A. Hoppe, Esquire
Counsel
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580