

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DIGITAL CONTENT, INC.,            )
                                  )
            Plaintiff,            )
                                  )
     v.                           ) Civil Action No. 1:10cv1387 (LMB/JFA)
                                  )
DOES 1 – 55,                      )
                                  )
            Defendants.           )
                                  )

## ORDER

On Friday, December 17, 2010, counsel for the plaintiff appeared before the court and presented argument on plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference. (Docket no. 5) ("Motion to Take Discovery"). Upon consideration of the motion, plaintiff's memorandum in support (Docket no. 6), the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the Motion to Take Discovery is denied without prejudice.

Entered this 17th day of December, 2010.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　John F. Anderson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Alexandria, Virginia